■ JOHNIE L. PINKNEY, an Infant, by JOHNIE PINKNEY, His Father and Natural Guardian, et al., Respondents, v. OLINS RENT-A-CAR SYSTEM, INC., Appellant, et al., Defendants.— Appeal from order entered September 2, 1966, denying defendant-appellant's motion for an order modifying a previous order to the extent of directing that the inquest against defendant Carlos Rivera be held at the same time as the trial against the other defendants, unanimously dismissed as academic in view of our decision in companion appeal decided herewith [27 A D 2d 515]. In the event defendant Rivera fails to comply with the conditions for opening his default, the order is unanimously reversed, on the law and on the facts, with $30 costs and disbursements to defendant-appellant, and the motion granted on the authority of *Kilpatrick* v. *Maya,* 14 A D 2d 751. Settle order on notice. Concur — Botein, P. J., Breitel, McNally, Steuer and Witmer, JJ.

■ JOHNIE L. PINKNEY, an Infant, by JOHNIE PINKNEY, His Father and Natural Guardian, et al., Respondents, v. CARLOS RIVERA, Appellant, et al., Defendants.— Order entered September 28, 1966, denying defendant-appellant's motion to vacate his default, unanimously reversed, on the law, on the facts and in the exercise of discretion, and the motion granted, on condition that defendant-appellant submit to examination before trial and pay $30 costs and disbursements of this appeal and the action to date plus $250 counsel fee within 10 days after service of the order to be settled hereon, in default of which the motion is denied. Undoubtedly defendant-appellant has been remiss in violating the orders compelling his appearance for examination. Nevertheless, in the circumstances, we hold that the interests of justice would best be served by granting the vacatur. Settle order on notice. Concur — Botein, P. J., Breitel, McNally, Steuer and Witmer, JJ.